IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| PETSUITES OF AMERICA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:12-cv-209-WOB-CJS |
| | ) |
| PREPPY PET INC.; | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), PetSuites of America, LLC, hereby provides this Court with notice of dismissal without prejudice of the instant action.

Respectfully submitted,

By: s/ Brett A. Schatz
Brett A. Schatz
bschatz@whe-law.com
Gregory F. Ahrens
gahrens@whe-law.com
Trial Attorneys
Wood, Herron & Evans, L.L.P.
441 Vine Street
2700 Carew Tower
Cincinnati, OH 45202
Telephone: 513-241-2324
Facsimile: 513-241-6234

Counsel for Plaintiff
PETSuites of America, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2013, a copy of the foregoing **STIPULATION OF DISMISSAL** has been electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record.

                                                                       s/ Brett S. Schatz