UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 2012-209 (WOB-CJS)

PETSUITES OF AMERICA, LLC                                          PLAINTIFF

VS.                                         ORDER

PREPPY PET INC.                                                    DEFENDANT


Pursuant to the Notice of Dismissal filed herein (Doc. #8), and the Court being advised,

**IT IS ORDERED** that the within action be, and it hereby is, **dismissed**, without prejudice, and **stricken** from the docket of this Court.

This 11th day of January, 2013.



Signed By:
*William O. Bertelsman* WOB
United States District Judge